UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE HOWELL,

          Plaintiff,

  v.

SHADYWOODS,

          Defendants.

Case No. C23-5143 BHS

ORDER

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 2nd day of March, 2023.

Theresa L. Fricke
United States Magistrate Judge

ORDER - 1