UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHELLE HOWELL,

        Plaintiff,

  v.

SHADYWOODS,

        Defendant.

CASE NO. C23-5143 BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Theresa L. Fricke's Report and Recommendation (R&R), Dkt. 10, recommending the Court dismiss plaintiff Michelle Howell's complaint without prejudice and without leave to further amend. Judge Fricke previously granted Howell *in forma pauperis* status, but ordered her to file an amended complaint correcting various deficiencies in her initial complaint. Dkt. 7. Howell filed an amended complaint. Dkt. 9. Judge Fricke's R&R correctly determined that the amended complaint did not cure the deficientness and still failed to state a plausible claim. Dkt. 10.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations *to which objection is made*." 28

ORDER - 1

U.S.C. § 636(b)(1)(C) (emphasis added); *accord* Fed. R. Civ. P. 72(b)(3). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A proper objection requires "specific written objections to the proposed findings and recommendations" in the R&R. Fed. R. Civ. P. 72(b)(2).

Plaintiff Howell has not objected to the R&R. Accordingly, she is not entitled to have the Court review any portion of the R&R de novo. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3); *Reyna-Tapia*, 328 F.3d at 1121. Therefore,

(1) The R&R is **ADOPTED**;

(2) Plaintiff Howell's complaint is **DISMISSED** without prejudice;

(3) Howell's *in forma pauperis* status shall **NOT** continue in the event of an appeal; and

(4) The Clerk shall enter a **JUDGMENT** and close the case.

**IT IS SO ORDERED**.

Dated this 18th day of September, 2023.

BENJAMIN H. SETTLE
United States District Judge